STATE OF NORTH CAROLINA v. PHILLIP ALDERMAN

No. 745SC791

(Filed 6 November 1974)

Robbery § 4— armed robbery — sufficiency of evidence
        The State's evidence was sufficient for the jury in a prosecution for armed robbery.

APPEAL by defendant from *Tillery, Judge,* 25 March 1974 Regular-Mixed Session of Superior Court held in PENDER County.

Defendant was charged in a bill of indictment, properly drawn, with the armed robbery of Tate Wesley Woodcock on 27 November 1973. He pleaded not guilty, the jury returned a verdict of guilty as charged, and from judgment imposing prison sentence of not less than 27 nor more than 30 years, defendant appealed.

*Attorney General James H. Carson, Jr., by Assistant Attorney General Keith L. Jarvis, for the State.*

*Gary E. Trawick for defendant appellant.*

BRITT, Judge.

The sole assignment of error brought forward and argued in defendant's brief is that the court erred in not granting his motions for nonsuit. He contends that while the evidence was

sufficient to show that the offense charged was committed, the evidence was insufficient to show that defendant was the person, or one of the persons, who committed the offense.

We have carefully reviewed the evidence presented at the trial and considering it in the light most favorable to the State as is required on motions for nonsuit, we conclude that it was sufficient to survive the motions. No worthwhile purpose would be served in narrating the evidence here.

We hold that defendant received a fair trial, free from prejudicial error.

No error.

Judges CAMPBELL and VAUGHN concur.